UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FILED
2016 JAN 22 P 2: 40
CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  )  Case No. 8:10-bk-04468-CPM
Edwin F Lippus, II & Amy L Lippus, )
    DEBTOR )
  )

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Cavalry Portfolio Services, LLC (the "Claimant") a claimant in the captioned case has a current address and telephone number as follows:   Telephone number: 914-347-3440, 500 Summit Lake Drive, Suite: 400, Valhalla, NY 10595-1340

Claimant respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $3,267.50. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Cavalry Portfolio Services, LLC
FID#/SSN: 27-0011392

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:  ) Case No. 8:10-bk-04468-CPM
Edwin F Lippus, II & Amy L Lippus,  )
  )
    DEBTOR  )

AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS

Notice is hereby given to the court that on January 20, 2016 the US Attorney was advised via the US Postal Service at the address below, of the intent of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of Cavalry Portfolio Services, LLC.

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL  33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this 20 day of January 20 16.

_____
Notary Public

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Cavalry Portfolio Services, LLC, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the bankruptcy of Edwin F Lippus, II & Amy L Lippus, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 14th day of January, 2016.

**PRINCIPAL:**
Cavalry Portfolio Services, LLC
Federal ID # 27-0011392
By: _____
Title: E.V.P.

**PRINCIPAL'S ADDRESS:**

500 Summit Lake Drive, Suite: 400
Valhalla, NY 10595-1340

## ACKNOWLEDGMENT

STATE OF New York )

COUNTY OF Westchester )

Before me a Notary Public, in and for said County and State on this 14th day of January, 2016, personally appeared Christian Parker to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its EVP (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_____

_____
Notary Public

DAVID BURKART
Notary Public, State of New York
No. 02BU6110958
Qualified in Putnam County
Commission Expires June 1, 2016





Christian K. Parker
*Executive Vice President*
*General Counsel*

Cavalry Portfolio Services, LLC
500 Summit Lake Drive
STE 400
Valhalla, NY 10595

914.347.3440  x13498
914.347.4907  Fax

cparker@cavps.com

www.CavalryPortfolioServices.com

## AFFIDAVIT OF CREDITOR'S
## PREVIOUS ADDRESS

**BE IT ACKNOWLEDGED**, that I Donald Strauch, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, Donald Strauch, am the Executive Vice President of Cavalry Investments, LLC. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Cavalry Investments, LLC and its subsidiaries/acquisitions or affiliates. Cavalry Investments, LLC and its subsidiaries/acquisitions or affiliates have numerous branch addresses, business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm that the foregoing is true, under the penalties of perjury this ____ day of _____, 20 06

_____
Donald Strauch
Executive Vice President
Cavalry Investments, LLC500
7 Skyline Drive
3rd Floor
Hawthorne, NY 10532

STATE OF New York
COUNTY OF Westchester

On this 2nd day of June, 20___ before me Don Strauch personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_____
Signature

Affiant: Known ✓ or Produced ID _____
Type of ID _____

My commission expires: 11/15/08

Cristina Martinez
Notary Public, State of New York
No. 01MA6118601
Qualified in Orange
Commission Expires November 15, 20 08

## AFFIDAVIT OF CREDITOR'S
### Access to claimant's corporate seal



**BE IT ACKNOWLEDGED**, that I Donald Strauch, the undersigned deponent, belonging to the legal age, do hereby depose and say under the penalty of perjury under the laws of the United States of America that the following statements and information are true and correct to the best of my knowledge and belief:

That I, Donald Strauch, am the Executive Vice President of Cavalry Investments, LLC. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Cavalry Investments, LLC and its subsidiaries/acquisitions or affiliates. Cavalry Investments, LLC and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Hawthorne, NY office. However, I do not have readily access to the Cavalry Investments, LLC corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this _15_ day of _October_, 20_07_

X _____[signature]_____
Donald Strauch
Executive Vice President
Cavalry Investments, LLC
7 Skyline Drive
3rd Floor
Hawthorne, NY 10532

STATE OF _New York_ )
COUNTY OF _Westchester_ )

On this _15th_ day of _October_, 20_07_ before me Donald Strauch personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_____[signature]_____          Affiant: Known _✓_ or Produced ID _____
Signature                                Type of ID _____

My commission expires: _____
Shaun Ertischek
Notary Public, State of New York
No. 02ER6155079
Qualified in Westchester County
Commission Expires November 20, 2010

# 2011 LIMITED LIABILITY COMPANY ANNUAL REPORT

FILED
Mar 25, 2011
Secretary of State

DOCUMENT# M02000001603

**Entity Name:** CAVALRY PORTFOLIO SERVICES, LLC

**Current Principal Place of Business:**

7 SKYLINE DRIVE
3RD FLOOR
HAWTHORNE, NY  10532

**New Principal Place of Business:**

500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY  10595     13

**Current Mailing Address:**

7 SKYLINE DRIVE
3RD FLOOR
HAWTHORNE, NY  10532

**New Mailing Address:**

500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY  10595     13

FEI Number: 27-0011392     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____    Date
              Electronic Signature of Registered Agent

## MANAGING MEMBERS/MANAGERS:

Title:        MGRM
Name:         CAVALRY INVESTMENTS, LLC
Address:      500 SUMMIT LAKE DRIVE, SUITE 400
City-St-Zip:  VALHALLA, NY  10595 US

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: CAVALRY INVESTMENTS, LLC                        MGRM            03/25/2011
           Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date